# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Simon Gifter,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Kos Media, LLC,<br><br>　　　　　　Defendant. | Case No. 4:21-cv-03274-JST<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

 Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff Simon Gifter and Defendant Kos Media, LLC, IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

IT IS SO ORDERED.

DATED: March 23, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Jon Steven Tigar

Case No. 4:21-cv-03274-JST

ORDER OF DISMISSAL